# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE PENNSYLVANIA EASTERN (READING) DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dolores Staretz<br>George David Staretz<br>aka Geroge D. Staretz<br>aka George Staretz<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-14972 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Rebecca A. Solarz, Esq**
    Rebecca A Solarz, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322