UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     GEORGE DAVID STARETZ <br>     DOLORES STARETZ <br><br>             Debtors | Chapter 13 <br> Bankruptcy No.19-14972-ELF |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 3rd day of December, 2019, by first class mail upon those listed below:

GEORGE DAVID STARETZ
DOLORES STARETZ
125 MORNINGSIDE DR.
MOUNT BETHEL, PA  18343

**Electronically via CM/ECF System Only:**

TULLIO DE LUCA ESQ
381 N 9TH ST
SCRANTON, PA  18504


                                                 */s/ Deborah A. Earnshaw*
                                                 Deborah A. Earnshaw
                                                 for
                                                 Scott F. Waterman, Esquire
                                                 Standing Chapter 13 Trustee