UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

12/18/2019

To:
Tullio Deluca

In re: **George David Startetz**
Bankruptcy No. **19-14972**
Adversary No.
Chapter 13

Re **:** Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Quantum3 Group LLC as agent for (Claim No. 19) To Quantum3 Group LLC as agent for.

The above document(s) were filed in this office on 12/17/2019**.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

()      Voluntary Petition
()      Adversary Proceeding
()      $31.00 Filing Fee for Amendments
(X)     $25.00 Claims Transfer Fee
()      Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By:**Donna Rockeymore**
   Deputy Clerk

*Fee Notice*
*(11/26/18)*