United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George David Staretz  
Dolores Staretz  
    Debtors

Case No. 19-14972-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: DonnaR      Page 1 of 1      Date Rcvd: Dec 18, 2019  
                       Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14388628        E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:36:10  
               Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788  
14402251        E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:36:10  
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788  
14402254        E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:36:10  
               Quantum3 Group LLC as agent for,   Bluestem and SCUSA,   PO Box 788,  
               Kirkland, WA  98083-0788  
14402253        E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:36:10  
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,  
               Kirkland, WA  98083-0788  
14440643        E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:36:10  
               Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788  
                                                                                            TOTAL: 5

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:  
          REBECCA ANN SOLARZ   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in  
           trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage  
           Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com  
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
          SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
           ECFMail@ReadingCh13.com  
          TULLIO  DELUCA   on behalf of Debtor George David Staretz tullio.deluca@verizon.net  
          TULLIO  DELUCA   on behalf of Joint Debtor Dolores  Staretz tullio.deluca@verizon.net  
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

12/18/2019

To:
Tullio Deluca

In re: **George David Startetz**
Bankruptcy No. **19-14972**
Adversary No.
Chapter 13

Re **:** Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Quantum3 Group LLC as agent for (Claim No. 19) To Quantum3 Group LLC as agent for.

The above document(s) were filed in this office on 12/17/2019. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

      ()      Voluntary Petition
      ()      Adversary Proceeding
      ()      $31.00 Filing Fee for Amendments
      (X)     $25.00 Claims Transfer Fee
      ()      Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

      Timothy B. McGrath
      Clerk

      By:**Donna Rockeymore**
         Deputy Clerk

*Fee Notice*
*(11/26/18)*