United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-14972-elf
George David Staretz                                               Chapter 13
Dolores Staretz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: DonnaR          Page 1 of 1          Date Rcvd: Dec 18, 2019
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14402254        E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:36:13
                Quantum3 Group LLC as agent for,   Bluestem and SCUSA,   PO Box 788,
                Kirkland, WA  98083-0788
                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
        REBECCA ANN SOLARZ   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
         trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage
         Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        TULLIO  DELUCA   on behalf of Debtor George David Staretz tullio.deluca@verizon.net
        TULLIO  DELUCA   on behalf of Joint Debtor Dolores  Staretz tullio.deluca@verizon.net
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                       TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-14972-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

George David Staretz
125 Morningside Dr.
Mount Bethel PA 18343

Dolores Staretz
125 Morningside Dr.
Mount Bethel PA 18343

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2019.

Name and Address of Alleged Transferor(s):

Claim No. 19: Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA  98083-0788

Name and Address of Transferee:

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/20/19

Tim McGrath
**CLERK OF THE COURT**