UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| GEORGE AND DOLORES STARETZ | : | CHAPTER 13 |
| Debtors. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL | : : : | |
| Movant, | : : | |
| vs. | : | |
| GEORGE AND DOLORES STARETZ | : : | CASE NO. 19-14972 |
| Respondents. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **DEBTORS' ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, George and Dolores Staretz, and files an Answer to Americredit Financial Services Motion for Relief From the Automatic Stay:

1. George and Dolores Staretz, (hereinafter the "Debtor') filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Eastern District of Pennsylvania.

2. Scott Waterman, Esq. was appointed the Chapter 13 Trustee.

3. Under the Chapter 13 Plan, Debtors were to make regular monthly payments to the Movant outside of the Plan.

4. Movant alleges that Debtor has failed to make monthly car loan payments.

5. Debtors' Counsel is in the process of contacting the Debtor to ascertain if said payments have been made and/or if Debtors are in possession of funds to cure the alleged default.

6. In the event there remains an arrears, the Debtor wishes to enter into a Stipulation to cure the arrears by including them in an amended Plan, or in the alternative over a six month period.

7.	Movant is not entitled to relief from the automatic stay as there is equity in the property encumbered by Movant's security interest, arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtors respectfully request that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: July 22, 2020        /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| GEORGE AND DOLORES STARETZ | : | CHAPTER 13 |
| Debtors. | : | |

******************************************************************************

| | | |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL | : : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| GEORGE AND DOLORES STARETZ | : | CASE NO. 19-14972 |
| | : | |
| Respondents. | : | |

******************************************************************************

**CERTIFICATE OF SERVICE**

******************************************************************************

The undersigned hereby certifies that on July 22, 2020, he caused a true and correct copy of Debtor's Answer to Americredit Financial Services Motion for Relief from the Automatic Stay to be served via electronic filing to the CM/ECF participant at the following:

Scott Waterman, Esq. at ECFMail@readingCg13.com

William E. Craig, Esq. at bcraig@mortoncraig.com

Date: July 22, 2020                   /s/Tullio DeLuca
                                      Tullio DeLuca, Esq.