```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                              Case No. 19-14972-pmm
George David Staretz                                                Chapter 13
Dolores Staretz
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0313-4          User: DonnaR                 Page 1 of 3           Date Rcvd: Aug 13, 2020
                              Form ID: pdf900              Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db/jdb         +George David Staretz,    Dolores Staretz,    125 Morningside Dr.,    Mount Bethel, PA 18343-5351
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14520676       +AmeriCredit Financial Services,    William E. Craig, Esquire,    Morton & Craig, LLC,
                 110 Marter Ave.,    Suite 301,    Moorestown, NJ 08057-3125
14369767        American Honda Finance,    National Recovery Center,    P.O. Box 16469,    Irving, TX 75016
14369769        Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
14369770       +Barclays,    Card Services,    P.O. Box 8802,    Wilmington, DE 19899-8802
14369772       +Blaze Mastercard,    P.O. Box 5096,    Sioux Falls, SD 57117-5096
14369777       +Creditech,    50 N. 7th St.,,    Bangor, PA 18013-1791
14369782       +Emergency Physician Assoc. N,    307 S. Evergreen Ave.,, Ste. 201,    Woodbury, NJ 08096-2739
14369784        First Access Card,    P.O. Box 89028,    Sioux Falls, SD 57109-9028
14369785       +First National Bank,    500 E. 60th Street N.,    Sioux Falls, SD 57104-0478
14369786        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14369787       +First Savings Credit Card,    P.O. Box 5019,    Sioux Falls, SD 57117-5019
14369788        Fortiva,    P.O. Box 105555,    Atlanta, GA 30348-5555
14369795       +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                 Philadelphia, PA 19106-1538
14369796       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
14369803       +MRI Associates of Hackettstown,    657 Willow Grove St., Ste. 205,    Hackettstown, NJ 07840-1868
14375143       +PHH Mortgage Corporation,    c/o Rebecca A. Solarz Esq,    KML Law Group P.C.,
                 701 Market street ste 5000,    Philadelphia Pa 19106-1541
14369805        Pocono Emergency Physicians,    P.O. Box 8510,    Philadelphia, PA 19101
14369807       +Remex, Inc.,    307 Wall St.,    Princeton, NJ 08540-1515
14369808       +Salute/UTB,    P.O. Box 105555,    Atlanta, GA 30348-5555
14369809       +Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14369811       +St. Luke’s Emergency Physicians,    P.O. Box 749,    Scranton, PA 18501-0749
14369813       +Stiles Lawn Maintenance,    231 Washington Blvd.,    Bangor, PA 18013-2743
14369816       +Target National Bank,    c/o Target Credit Services,    P.O. Box 1581,
                 Minneapolis, MN 55440-1581
14389418       +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
14369817        Total Visa,    P.O. Box 91510,    Sioux Falls, SD 57109-1510
14369818       +Total Visa,    P.O. Box 85710,    Sioux Falls, SD 57118-5710
14369819       +United States of America,    Railroad Retirement Board,    Siniawa Plaza II,
                 717 Scranton Carbondale,    Scranton, PA 18508-1121
14369820       +Upper Mount Bethel Township,    387 Ye Old Highway,    P.O. Box 520,
                 Mount Bethel,  PA 18343-0520
14369821       +Wakefield and Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2020 05:14:09
                 AmeriCredit Financial Services, Inc. dba GM Financ,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2020 05:14:09
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:17:13     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14372603        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 14 2020 05:14:41
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14520353        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2020 05:14:09
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    4000 Embarcadero Dr.,
                 Arlington, Texas 76014
14379296        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2020 05:14:09
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
14369768       +E-mail/Text: bankruptcy@sccompanies.com Aug 14 2020 05:14:00     AmeriMark Premier,
                 Easy Pay Plan,    P.O. Box 2845,    Monroe, WI 53566-8045
14391635       +E-mail/Text: bankruptcy@sccompanies.com Aug 14 2020 05:14:00     Amerimark,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14369771       +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Aug 14 2020 05:15:06
                 Berks Credit & Collections,,    P.O. Box 329,    Temple, PA 19560-0329
```

```
District/off: 0313-4          User: DonnaR              Page 2 of 3           Date Rcvd: Aug 13, 2020
                              Form ID: pdf900           Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14369773       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2020 05:17:17      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14385723       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 05:17:27
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14385722       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 05:17:27      Capital One N.A.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14369774        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2020 05:14:17      Comenity Bank/Bon Ton,
                 Bankruptcy Dept.,    P.O. Box 182125,    Columbus, OH 43218-2125
14369775        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2020 05:14:17      Comenity Bank/Dental First,
                 Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
14369776        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2020 05:14:17      Comenity Bank/Venus,
                 Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
14369778       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 14 2020 05:17:21      CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
14404062        E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2020 05:15:08
                 Deutsche Bank National Trust Company, et. al,,     c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14369779       +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 14 2020 05:14:37      Dish Network,
                 P.O. Box 9033,    Littleton, CO 80160-9033
14369780       +E-mail/Text: bankruptcynotices@dcicollect.com Aug 14 2020 05:14:59      Diversified Consultants,
                 10550 Deerwood Park Blvd.,    309,    Jacksonville, FL 32256-2805
14369783        E-mail/Text: bnc-bluestem@quantum3group.com Aug 14 2020 05:15:01      Fingerhut,    P.O. Box 1250,
                 St. Cloud, MN 56395-1250
14369790        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2020 05:14:09      GM Financial,
                 P.O. Box 181145,    Arlington, TX 76096-1145
14369791        E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 14 2020 05:15:08      Indigo,
                 Bankcard Services,    P.O. Box 4499,    Beaverton, OR 97076-4499
14387906        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 14 2020 05:14:43      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14369793        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 14 2020 05:14:43      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303-2198
14369792        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 14 2020 05:14:43      Jefferson Capital Systems, LLC,
                 P.O. Box 7999,    St. Cloud, MN 56302
14369798       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 05:18:30      LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
14373852        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 05:17:22      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14375819        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 14 2020 05:18:25      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14369797        E-mail/Text: ml-ebn@missionlane.com Aug 14 2020 05:14:02      Lendup Card- TAB Bank,
                 47 Maiden Lane,    Lendup,    San Francisco, CA 94108
14369802        E-mail/Text: ml-ebn@missionlane.com Aug 14 2020 05:14:03      Mission Lane,    Customer Service,
                 P.O. Box 31535,    Tampa, FL 33631-3535
14391633       +E-mail/Text: bankruptcy@sccompanies.com Aug 14 2020 05:14:01      Mason,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14369799       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 14 2020 05:18:24      Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
14369800       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2020 05:14:37      Midland Credit Management,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
14369801       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2020 05:14:37      Midland Funding, LLC,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
14391631       +E-mail/Text: bankruptcy@sccompanies.com Aug 14 2020 05:15:09      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14369804       +E-mail/Text: egssupportservices@alorica.com Aug 14 2020 05:14:41      NCO,    4740 Baxter Raod,
                 Virginia Beach, VA 23462-4484
14369806        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 05:18:30
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
14386598       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 14 2020 05:14:43      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14388628        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2020 05:14:19
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
14402251        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2020 05:14:19
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14402254        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2020 05:14:19
                 Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,
                 Kirkland, WA  98083-0788
14402253        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2020 05:14:19
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14440643        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2020 05:14:19
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14369810       +E-mail/Text: appebnmailbox@sprint.com Aug 14 2020 05:14:37      Sprint,    P.O. Box 7993,
                 Overland Park, KS 66207-0993
14370940       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:17:13      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14369814        E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:18:22      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0313-4          User: DonnaR              Page 3 of 3              Date Rcvd: Aug 13, 2020
                              Form ID: pdf900           Total Noticed: 84
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14369815        E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:18:22    Synchrony Bank/JC Penney,
                Attn: Bankruptcy Dept.,    P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                          TOTAL: 49

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14369794        Joseph P. Melillo
cr*             Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14369781*      +Dolores Staretz,   125 Morningside Dr.,    Mount Bethel, PA 18343-5351
14369789*      +George David Staretz,    125 Morningside Dr.,   Mount Bethel, PA 18343-5351
14404337*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
14369812      ##+Stellar Recovery, Inc.,   1327 Highway 2 W, Suite 100,    Kalispell, MT 59901-3531
                                                                                        TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage
               Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              TULLIO  DELUCA    on behalf of Debtor George David Staretz tullio.deluca@verizon.net
              TULLIO  DELUCA    on behalf of Joint Debtor Dolores  Staretz tullio.deluca@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　GEORGE DAVID STARETZ<br>　　DOLORES STARETZ<br><br>　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 19-14972-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 13, 2020**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE