| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-14972-PMM

GEORGE DAVID STARETZ
DOLORES STARETZ
125 MORNINGSIDE DR.
MOUNT BETHEL  PA    18343

Petition Filed Date: 08/07/2019
341 Hearing Date: 09/17/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/01/2019 | $618.00 | 25759804487 | 11/05/2019 | $618.00 | 25759807367 | 12/31/2019 | $618.00 | 26252310543 |
| 01/22/2020 | $618.00 | 26252312040 | | | | | | |

**Total Receipts for the Period:  $2,472.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,472.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,472.00 | Current Monthly Payment: | $1,006.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,164.00 |
| Paid to Trustee: | $215.08 | Total Plan Base: | $51,924.00 |
| Funds on Hand: | $2,256.92 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.